## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO THE GOVERNMENT'S MOTION FOR IMMUNITY DETERMINATIONS IN CASE NO. 23-CR-257, UNITED STATES OF AMERICA V. DONALD J. TRUMP | Case: 1:24-mc-00122<br>Assigned To : Chutkan, Tanya S.<br>Assign. Date : 10/1/2024<br>Description: Misc. |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Bloomberg L.P., Cable News Network, Inc., CBS Broadcasting, Inc. o/b/o CBS News, Gannett Co., Inc., Los Angeles Times Communications LLC, National Public Radio, Inc., NBCUniversal News Group, a division of NBCUniversal Media, LLC, The New York Times Company, News/Media Alliance, NOTUS (Allbritton Journalism Institute), POLITICO LLC, Pro Publica, Inc., Radio Television Digital News Association, Reuters News & Media Inc., Society of Professional Journalists, TEGNA Inc., Univision Networks & Studios, Inc., and WP Company LLC d/b/a The Washington Post hereby certify that:

**Advance Publications, Inc.** does not have any parent corporation.  Nor does any publicly held corporation own more than ten percent of its stock.

**American Broadcasting Companies, Inc. d/b/a ABC News** is an indirect, wholly owned subsidiary of The Walt Disney Company, a publicly traded corporation.

**The Associated Press** is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

RECEIVED

OCT - 1 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Bloomberg L.P.** is a limited partnership; its general partner is Bloomberg Inc.; and no publicly held corporation owns 10% or more of Bloomberg L.P.'s limited partnership interests.

**Cable News Network, Inc.,** is ultimately a wholly owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

**CBS Broadcasting Inc.** is a wholly owned subsidiary of Paramount Global, a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on February 14, 2023.

**Gannett Co., Inc.** is a publicly traded company (NYSE: GCI). No publicly owned company owns 10% or more of its stock.

**Los Angeles Times Communications LLC** is a wholly owned subsidiary of NantMedia Holdings, LLC, which is a privately held company. No company with a 10% or greater ownership share in NantMedia Holdings, LLC is publicly traded.

**National Public Radio, Inc.,** a non-governmental corporate party, has no parent company and issues no stock.

**NBCUniversal Media, LLC** is indirectly owned by Comcast Corporation, which is publicly held. No other publicly held corporation owns 10% or more of the stock of NBCUniversal Media, LLC.

**The New York Times Company**, a publicly traded company, has no parent company and no publicly held corporation owns 10% or more of its stock.

**News/Media Alliance** is a nonprofit, non-stock corporation organized under the laws of the commonwealth of Virginia. It has no parent company.

**NOTUS** is a project of the Allbritton Journalism Institute, a Virginia nonstock corporation and 501(c)(3) tax-exempt public charity that has no parent corporation.

**POLITICO LLC** is wholly owned by POLITICO Media Group LLC which is, in turn, wholly owned by Axel Springer SE, and no publicly held corporation owns 10% or more of its stock.

**Pro Publica, Inc.**, a non-profit corporation, has no parent corporation and issues no stock.

**Radio Television Digital News Association** is a nonprofit organization that has no parent company and issues no stock.

**Reuters News & Media Inc.** is a Delaware corporation whose parent is Thomson Reuters U.S. LLC, a Delaware limited liability company. Reuters News & Media Inc. and Thomson Reuters U.S. LLC are indirect and wholly owned subsidiaries of Thomson Reuters Corporation, a publicly held corporation that is traded on the New York Stock Exchange and Toronto Stock Exchange. There are no intermediate parent corporations or subsidiaries of Reuters News & Media Inc. or Thomson Reuters U.S. LLC that are publicly held, and there are no publicly held companies that own 10% or more of Reuters News & Media Inc. or Thomson Reuters U.S. LLC shares.

**Society of Professional Journalists** has no parent company and issues no stock.

**TEGNA Inc.** has no parent corporation.  No publicly held corporation owns 10% or more of Tegna, Inc.'s stock.

**Univision Networks & Studios, Inc.** is a wholly owned subsidiary of Univision Communications Inc. (UCI), which is a privately held corporation. No publicly held corporation currently owns 10% or more of the stock of UCI. UCI's ultimate parent company is TelevisaUnivision, Inc., and the publicly traded company Grupo Televisa, S.A.B. owns 10% or more of the stock of TelevisaUnivision, Inc.

**WP Company LLC d/b/a The Washington Post** is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  October 1, 2024          Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Chad R. Bowman*
Chad Bowman (#484150)
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Press Coalition*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2024, I caused true and correct copies of

the foregoing to be served via electronic mail and U.S. Mail on the following:

John Pellettieri
Erin Pulice
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Room B-206
Washington, DC 20530

*Counsel for the United States*

John F. Lauro
Gregory M. Singer
LAURO & SINGER
400 N. Tampa Street, 15th Floor
Tampa, FL 33602

Todd Blanche
Emil Bove
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, NY 10005

*Counsel for Defendant* (via email only, by consent)

/s/ *Chad R. Bowman*
Chad R. Bowman